# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADAM LOPICCOLO, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 10-CV-3131 |
| | : | |
| AMERICAN UNIVERSITY, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 29th day of March, 2011, upon consideration of the Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Rule 12(b)(2), (3), and (6) of Defendants American University, the Board of Trustees of American University, and Robert Acunto (Doc. No. 9), Plaintiff's response in opposition thereto (Docs. Nos. 15, 17), and the Defendants' reply in further support thereof (Doc. No. 20), as well as Defendant Mark Cody's Motion to Dismiss Plaintiff's Amended Complaint for Lack of Jurisdiction, Improper Venue and for Failing to State a Claim for Which Relief Can Be Granted (Doc. No. 10), Plaintiff's response in opposition thereto (Docs. Nos. 16, 18), and Defendant Cody's reply in further support thereof (Doc. No. 19), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the Motions to Dismiss are DENIED but that, venue being improper in the Eastern District of Pennsylvania, the case is TRANSFERRED

to the United States District Court for the District of Columbia pursuant to 28 U.S.C. § 1406(a).

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.