# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ADAM LOPICCOLO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 11-0834 (ABJ) |
| | ) | |
| AMERICAN UNIVERSITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On January 5, 2012, the Court granted defendants' motions to dismiss [Dkt. # 29 and # 31] but also granted plaintiff's oral motion for leave to file a motion for leave to amend. [Dkt. # 41]. The Court instructed that any such motion must be filed on or before February 2, 2012. *Id*. To date, plaintiff has not filed a motion for leave to amend. Accordingly, the case is dismissed with prejudice. The Clerk of the Court is directed to terminate the case.

AMY BERMAN JACKSON
United States District Judge

DATE: February 9, 2012